David P. Claiborne, ISB No. 6579
Evan T. Roth, ISB No. 9033
SAWTOOTH LAW OFFICES, PLLC
236 River Vista Place, Ste. 301
Twin Falls, Idaho 83301
Phone: (208) 969-9585
Fax: (208) 629-7559
Email: evan@sawtoothlaw.com
         david@sawtoothlaw.com

D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICE OF D. BLAIR CLARK, PC
1509 Tyrell Lane, Suite 180
Boise, ID  83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: jeffrey@dbclarklaw.com

*Attorneys for Box Canyon Dairy*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO
(TWIN FALLS DIVISION)

| | |
|---|---|
| In re:<br>**DUSTIN JADE WELLS**<br><br>                        Debtor. | Case No. 19-40478-JMM |
| **BOX CANYON DAIRY**, General Partnership;<br><br>                        Plaintiff,<br>vs.<br>**STEPHANIE DIANE WELLS**, an individual; and **DUSTIN JADE WELLS**, an individual; and their marital community; and **JOHN DOES 1 THROUGH 10**, unknown persons;<br><br>                        Defendants. | Adversary No. 19-08040-JMM<br><br>**STIPULATION FOR THE DISMISSAL OF THE CASE AGAINST DEFENDANT DUSTIN JADE WELLS ONLY** |

**19-08040-JMM; Box Canyon Dairy V. Wells, et al**
**STIPULATION FOR THE DISMISSAL OF THE CASE**
**AGAINST DEFENDANT DUSTIN JADE WELLS ONLY**                                                                    Page 1

COME NOW the Plaintiff Box Canyon Dairy, appearing through its attorneys of record, Law Office of D. Blair Clark, PC, and Sawtooth Law Offices, PLLC, and DEFENDANT DUSTIN JADE WELLS, and, pursuant to FRBP 7041, incorporating therein FRCP 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Dustin Jade Wells, and only Dustin Jade Wells, as a party in this case.

**DATED** this 14th day of January, 2020.

                                                LAW OFFICE OF D. BLAIR CLARK, PC

                                            by: /s/ Jeffrey P. Kaufman
                                                   Jeffrey P. Kaufman, of the firm
                                                   Attorneys for Box Canyon Dairy

**DATED** this 9th day of January, 2020.

                                              IDAHO BANKRUPTCY LAW

                                            by: /s/ Paul Ross
                                                 Paul Ross, of the firm
                                                 Attorneys for Dustin Jade Wells

**DATED** this 13th day of January, 2020.

                                              STOPPELLO LAW

                                            by: /s/ Matthew Stoppello
                                                 Matthew Stoppello, of the firm
                                               Attorneys for Stephanie Wells

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Paul Ross, for Debtor
paul@idbankruptcylaw.com

Matthew Stoppello, for Stephanie Wells
matt@stoppellolaw.com

I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**None**

Via certified mail, return receipt requested, addressed as follows:

**None**

/s/ *Jeffrey P. Kaufman*
Jeffrey P. Kaufman